① 10-12-15

83,959-01

TO: Court of Criminal Appeals
    court clerk, Abel Acosta

Re: 11.07 writ # W91-70118-V(A)
    WK-83,959-01

Sir, on 10-5-15 I received a white card notice from the court stateing that my 11.07 writ had filed with the court on 9-28-15. On 4-15-15 The 292nd Judicial District court of Dallas county issued a "ORDER DESIGNATING ISSUES" motion and appointed an attorney (JOHN TATUM) to resolve the controverted issues and prepare findindings of fact and conclusions of law for said court. I am sure the court used the attorneys (JOHN TATUM'S) findings and issued a recommendation of their own and sent all documents to the "court of criminal Appeals". I am a pro se defendant in this matter I have requested a copy of the attorneys findings and the courts recommendation but have not received those documents. I need a copy of all documents concerning this 11.07 writ for further litigation on this matter. Could you please provide me with copies of those documents & notify the 292nd Judicial court of Dallas county to do so. Thank you for your time and any assistance will be appreciated.

John F. Seau # 627969
Ramsey Unit
1100 FM 655
Rosharon TX
        77583

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 16 2015

Abel Acosta, Clerk